Sanders Law Group
Craig B. Sanders, Esq. (WSBA #46986)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: Csanders@Sanderslaw.group
File No.: 125511

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **Stephen Yang**, | Case No.: 2:24-CV-00166-TOR |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER** |
| v. | |
| **News Anchored, LLC,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P 6(b), Plaintiff respectfully requests that the deadline for Defendant News Anchored, LLC to answer or otherwise respond to Plaintiff's Complaint for Copyright Infringement and DMCA Violation in this action be extended 60 days until August 12, 2024. Defendant has not yet appeared before the Court but has requested and does not oppose this extension. Plaintiff does not oppose Defendant's request for this extension.

Extension of time - 1

DATED this 12th day of June 2024.

SANDERS LAW GROUP

 _s/ Craig Sanders_
Craig Sanders, Esq., WSBA #46986
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 126568
   *Attorneys for Plaintiff*