FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN YANG, <br><br>                Plaintiff, <br><br>   v. <br><br> NEWS ANCHORED, LLC, <br><br>                Defendant. | NO: 2:24-CV-0166-TOR <br><br> ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal with Prejudice. ECF No. 6. The motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Defendant has not answered or served a motion for summary judgment. The Court has reviewed the record and files herein and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

This action is **DISMISSED** with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   The District Court Executive is directed to enter this Order and Judgment,

2 furnish copies to counsel, and **CLOSE** the file.

3   **DATED** July 25, 2024.



          THOMAS O. RICE
         United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2